In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-23-00198-CV
_____

### IN RE SHELTON ENERGY SOLUTIONS, LLC

**Original Proceeding**
**411th District Court of Polk County, Texas**
**Trial Cause No. CIV-22-0356**

### MEMORANDUM OPINION

Before we issued an opinion, Relator Shelton Energy Solutions, LLC filed a motion to dismiss Relator's original proceeding seeking a writ of mandamus. Relator informs the Court that the proceeding is moot because Relator has resolved the underlying dispute with all parties. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on November 8, 2023
Opinion Delivered November 9, 2023
Before Golemon, C.J., Horton and Wright, JJ.

1